# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dale William Ray Farmer, | No. CV-13-00255-TUC-JGZ (BPV) |
| Plaintiff, | **ORDER** |
| v. | |
| Carolyn W. Colvin, | |
| Defendant. | |

On July 14, 2014, Magistrate Judge Bernardo P. Velasco issued a Report and Recommendation (doc. 22), recommending this Court affirm the Commissioner of Social Security's final decision denying Plaintiff Farmer's application for Supplemental Security Income ("SSI"). After judicial review of the Commissioner's final decision pursuant to 42 U.S.C. § 405(g), the Magistrate Judge recommended this Court enter an order affirming the decision to deny Plaintiff's SSI benefits.  No objections have been filed within the time provided by Federal Rule of Civil Procedure 72(b)(2).

Accordingly, after an independent review, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (doc. 22) is **ADOPTED**.
2. Plaintiff's Complaint seeking relief pursuant to 42 U.S.C. § 405(g) (doc. 1) is **DENIED**, and the decision of the Commissioner of Social Security is **AFFIRME**D, and Plaintiff's SSI benefits are **DENIED**.

//

//

//

3. The Clerk of the Court shall enter judgment in this matter, and close its file.

Dated this 4th day of August, 2014.

_____
Jennifer G. Zipps
United States District Judge